UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS, LOCAL UNION NO. 12, et al.,
                        Plaintiffs,

-vs-

ROADWAY CONTRACTING,

                        Defendant.

GARAUFIS, J.

ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE

CV-04-3748 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 6 2005 ★
BROOKLYN OFFICE

---

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since AUGUST 27, 2004 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

SO ORDERED.

_____
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
                May 12, 2005