UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS, LOCAL UNION NO. 12, et al.,

                Plaintiffs,

-against-

ROADWAY CONTRACTING,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3748 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 8 2005 ★

BROOKLYN OFFICE

    An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 16, 2005, dismissing the case without prejudice for failure to prosecute; it is

    ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
        May 18, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court